IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LORENZO LEVELLE BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-152 |
| | ) | |
| AUGUSTA STATE MEDICAL PRISON DENTAL DEPARTMENT; MR. CONLEY, Warden; MR. SHEPHARD, Warden; and MR. BROWN, Warden, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 21.) The Magistrate Judge recommended dismissing the case without prejudice because Plaintiff provided dishonest information about his filing history in the amended complaint signed February 7, 2018. (Doc. no. 19.) The Magistrate Judge identified six cases Plaintiff had filed but failed to disclose, two of which appeared to have some factual similarity to the claims in the instant case. (Id. at 3-4.)

In his objections, Plaintiff claims he did provide a list of cases he had filed as an "attachment." The paper offered to support this contention is dated February 10, 2018, does not contain all of the undisclosed cases identified by the Magistrate Judge, and purports to be "Attachment 1 of 5" even though the amended complaint referenced only four attachments.

(Compare doc. no. 21, p. 3 with doc. no. 17, pp. 2, 9, 12-14.) There is also a page attached to the amended complaint already identified as "Attachment (1)." (Doc. no. 17, p. 12.)

Plaintiff's belated, self-serving attempt to escape dismissal of his case for providing dishonest information fails because even if the Court were to consider this paper contained within the objections, which bears no legitimate indicia of having been filed with the amended complaint, the list still does not contain all of the cases identified by the Magistrate Judge. As the case law cited in the Report and Recommendation makes clear, failing to disclose prior filing history will not be tolerated, and the Eleventh Circuit has repeatedly approved of dismissing a case without prejudice as a sanction. (See doc. no. 19, pp. 3-5.)

Accordingly, the Court **OVERRULES** all of Plaintiff's objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process and **CLOSES** this civil action.

SO ORDERED this 19th day of March, 2018, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA